**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2018
JULY 16, 2019 SESSION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:19-cr-182
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

JEREMY ADAM BARTRAM

I N D I C T M E N T
(Felon in Possession of a Firearm)

The Grand Jury Charges:

1. On or about July 6, 2019, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant JEREMY ADAM BARTRAM knowingly possessed a firearm, that is, a Hi-Point G6 9 mm semi-automatic handgun, in and affecting interstate commerce.

2. At the time defendant JEREMY ADAM BARTRAM possessed the aforesaid firearm, he knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about April 17, 2015, in the Circuit Court of Wayne County, West Virginia of the felony offense of Arson in the Third Degree in violation of W.Va. Code § 61-3-3.

In violation of Title 18, United States Code, Sections

922(g)(1) and 924(a)(2).

                      MICHAEL B. STUART
                      United States Attorney

By:   _____
       STEPHANIE S. TAYLOR
       Assistant United States Attorney